# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE : NO. 482
MAGISTERIAL DISTRICTS WITHIN :
THE 50th JUDICIAL DISTRICT OF : MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF :
PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 50th Judicial District (Butler County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 50-1-01,50-3-01, 50-3-02, 50-3-03, 50-3-04, 50-3-05, and 50-3-06, within Butler County, as they currently exist, to be effective immediately, is granted.

    Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 50-1-01<br>Magisterial District Judge Kevin P. O'Donnell | Butler Township |
| Magisterial District 50-3-01<br>Magisterial District Judge Joseph J. Nash | Harrisville Borough<br>Portersville Borough<br>Prospect Borough<br>Slippery Rock Borough<br>West Liberty Borough<br>Brady Township<br>Franklin Township<br>Mercer Township<br>Muddy Creek Township<br>Slippery Rock Township<br>Worth Township |

| | |
|---|---|
| Magisterial District 50-3-02<br>Magisterial District Judge Lewis E. Stoughton | Bruin Borough<br>Cherry Valley Borough<br>Chicora Borough<br>East Butler Borough<br>Eau Claire Borough<br>Fairview Borough<br>Karns City Borough<br>Petrolia Borough<br>West Sunbury Borough<br>Allegheny Township<br>Center Township<br>Cherry Township<br>Clay Township<br>Clearfield Township<br>Concord Township<br>Marion Township<br>Donegal Township<br>Fairview Township<br>Oakland Township<br>Parker Township<br>Summit Township<br>Venango Township<br>Washington Township |
| Magisterial District 50-3-03<br>Magisterial District Judge Sue Haggerty | Saxonburg Borough<br>Buffalo Township<br>Clinton Township<br>Jefferson Township<br>Middlesex Township<br>Penn Township<br>Winfield Township |
| Magisterial District 50-3-04<br>Magisterial District Judge Kevin J. Flaherty | Seven Fields Borough<br>Cranberry Township |
| Magisterial District 50-3-05<br>Magisterial District Judge William T. Fullerton | Butler City |
| Magisterial District 50-3-06<br>Magisterial District Judge Amy M. Marcinkiewicz | Callery Borough<br>Connoquenessing Borough<br>Evans City Borough<br>Mars Borough<br>Valencia Borough |

Zelienople Borough
Adams Township
Connoquenessing Township
Forward Township
Harmony Borough
Jackson Township
Lancaster Township